IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-20890-LEIBOWITZ

**WESLEY ALIKO,** *Derivatively on behalf of*
**HUT 8 COPORATION,**

    *Plaintiff,*

v.

**BILL TAI, MIKE HO, ASHER GENOOT, ALEXIA HEFTI, JOSEPH FLINN, MAYO A SHATTUCK, III, STANLEY O'NEAL, AMY WILKERSON, RICK RICKERTSEN, JAIME LEVERTON, and SHENIF VISRAM,**

    *Defendants.*

**and**

**HUT 8 CORPORATION,**

    *Nominal Defendant.*

_____/

**ORDER**

    **THIS CAUSE** is before the Court on Plaintiff's Motion to Lift Stay (the "Motion") [ECF No. 14] filed on May 3, 2024.  Pursuant to the Southern District of Florida's Local Rules, "each party opposing a motion shall serve an opposing memorandum of law not later than fourteen (14) days after service of the motion.  Failure to do so may be deemed sufficient cause for granting the motion by default."  S.D. Fla. L.R. 7.1(c).  The record reflects Defendants failed to respond to the Motion by the deadline.  Furthermore, on April 12, 2024, the Court stayed this case and ordered the parties to

notify the Court within seven (7) days of the court's resolution of a motion to dismiss in *Mayiras v. Hut 8 Corp., et al.*, No. 1:24-cv-00904-VM (S.D.N.Y.) ("*Mayiras* case"). The record remains silent on this issue. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants shall file a joint memorandum of law to Plaintiff's Motion to Lift Stay **no later than June 5, 2024**, and show cause in writing why they failed to respond by the deadline. It is further **ORDERED** that the parties shall file a Status Report with the Court **no later than June 12, 2024**, informing the Court of the status of the motion to dismiss and motion for class certification filed in the *Mayiras* case.

**DONE AND ORDERED** in the Southern District of Florida this 28th day of May, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record