IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-20890-LEIBOWITZ

**WESLEY ALIKO,** *Derivatively on behalf of*
**HUT 8 COPORATION,**

    *Plaintiff,*

v.

**BILL TAI, MIKE HO, ASHER GENOOT, ALEXIA HEFTI, JOSEPH FLINN, MAYO A SHATTUCK, III, STANLEY O'NEAL, AMY WILKERSON, RICK RICKERTSEN, JAIME LEVERTON, and SHENIF VISRAM,**

    *Defendants.*

**and**

**HUT 8 CORPORATION,**

    *Nominal Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's unopposed Motion to Lift Stay of Action, Consolidate Derivative Actions, and Appoint Co-Lead and Liasion Counsel [ECF No. 15] (the "Motion") filed on May 3, 2024. The Court held a hearing on the Motion on July 1, 2024, at which counsel for Plaintiff and Defendants appeared. [*See* ECF No. 27, *PAPERLESS MINUTE ENTRY*]. After hearing from both parties on the question of lifting the Court's stay ordered on April 12, 2024, [ECF No. 11] for the purpose of consolidating three related shareholder derivative actions pending

before the undersigned, the Court granted that aspect of the Motion and memorializes its ruling below. As for Plaintiff's request that the Court appoint Co-Lead Counsel and Liasion Counsel for the consolidated derivative actions, the Court denied that request. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion [**ECF No. 14**] is **GRANTED IN PART** and **DENIED IN PART.**

The Court declines to appoint Lead Counsel or Liasion Counsel for Plaintiff at this time for the reasons stated on the record at the July 1, 2024 hearing, so that request is **DENIED.**

With respect to Plaintiff's unopposed motion to lift the stay in this case so that it may be consolidated with *Matthew Medney v. Hut 8 Corp., et al.*, No. 1:24-cv-21482-LEIBOWITZ (S.D. Fla.) and *Alexander Jiang v. Jamie Leverton, et al.,* No. 1:24-cv-21591-LEIBOWITZ (S.D. Fla.), it is hereby **FURTHER ORDERED** as follows:

(1) *The Clerk of Court* shall **REOPEN** this case.

(2) *The Clerk of Court* is directed to **CONSOLIDATE** case numbers 1:24-cv-20890, 1:24-cv-21482, and 1:24-cv-21591 as *Wesley Aliko v. Bill Tai, et al.,* No. 1:24-cv-208900-LEIBOWITZ (S.D. Fla.). All future pleadings, motions, or other papers shall be filed in case number 1:24-cv-208900-LEIBOWITZ and bear only the caption of that case.

(3) All motions pending in case numbers 1:24-cv-21482 and 1:24-cv-21591 shall be re-docketed in case number 1:24-cv-20890.

(4) *The Clerk of Court* is directed to **CLOSE** case numbers 1:24-cv-21482 and 1:24-cv-21591 and to **TERMINATE** all pending motions in those cases.

(5) After the cases have been consolidated into case number 1:24-cv-20890, case number 1:24-CV-20890 shall be **STAYED** pending the resolution of the motion to dismiss to be filed in *Ryan Mayiras, et al. v. Hut 8 Corp.,* No. 1:24-cv-00904 (S.D.N.Y.)

(Marrero, J. presiding). The parties must file a status report with this Court **no later than 15 days after Judge Marrero resolves the motion.**

(6) *The Clerk* is directed to ADMINISTRATIVELY CLOSE this consolidated case, *Wesley Aliko v. Bill Tai, et al.,* No. 1:24-cv-20890-LEIBOWITZ (S.D. Fla.).

**DONE AND ORDERED** in the Southern District of Florida this 1st day of July, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record